1006

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS WESLEY SINE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01185–8, Charles V. Johnson, J., entered September 17, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Williams, J., and Walterskirchen, J. Pro Tem.

SEVENTH ELECT CHURCH IN ISRAEL, *Respondent,* v. GERALD L. ROGERS, *Appellant,* BETTS, PATTERSON & MINES, P.S., ET AL, *Petitioners.*

SEVENTH ELECT CHURCH IN ISRAEL, *Respondent,* v. JOHN H. VIBERT, ET AL, *Defendants,* LONGBANK COMPANY, LTD., ET AL, *Respondents,* BETTS, PATTERSON & MINES, P.S., ET AL, *Petitioners.*

Petition for discretionary review of the Superior Court for King County, Nos. 848238, 81–2–04859–5, Norman W. Quinn and Robert E. Dixon, JJ., entered June 10 and July 18, 1983. *Granted* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Scholfield, J.

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD CHAPA ANCIRA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4243, Fred R. Staples, J., entered June 18, 1982. *Affirmed* by unpublished per curiam opinion.